UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-92-2-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | *  ORDER |
| PATRICIA ORTIZ GIBBS, | * |
| DEFENDANT | * |

This matter is before the court on Defendant's Motion to Withdraw the following pre-trial motions: Motion for Evidence under Rule 404(b) [DE 83], Motion for Jenks Material [DE 82], Motion to Suppress [DE 85], Motion to Preserve Evidence and Incorporated Memorandum of Law [DE 79], Motion for Disclosure of Promises and Inducements [DE 80], Motion For Inculpatory Statements of alleged co-conspirators [DE 81]. For GOOD CAUSE SHOWN, Defendant's Motion to Withdraw [DE 170] is ALLOWED.

So ORDERED, this the 10 day of December, 2010.

Honorable Terrence W. Boyle
United States District Court Judge