UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:09-CR-92-2-BO


FILED
APR 1 8 2011
US DISTRICT COURT, EDNC
BY ___ DEP. CLK

| UNITED STATES OF AMERICA | * |  |
|---|---|---|
|  | * |  |
| v. | * | ORDER TO CONTINUE SENTENCING |
|  | * | HEARING |
| PATRICIA ORTIZ GIBBS, | * |  |
| DEFENDANT | * |  |

For good cause shown, the Defendant's motion to continue and reset the Sentencing is hereby GRANTED. It is ORDERED that the Sentencing be reset to _June 2011 Term_

The Court finds that the ends of justice served by granting these matters to be rescheduled outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by rescheduling these matters are excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ORDERED, this the _15_ day of _April_, 2011.

_____
Honorable Terrence W. Boyle
United States District Court Judge